UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

CHARLES GLENN, JR.

V.                                          Criminal Case No. 1:16-cv-00006-JD

NH DEPARTMENT OF
CORRECTIONS, COMMISSIONER

<u>UNDER SEAL</u>
**<u>MOTION TO WITHDRAW AS COUNSEL</u>**

NOW COMES Robin D. Melone, counsel for Charles Glenn, Jr., and hereby moves to withdraw as counsel for the above-captioned matter.

1. There has been an irreparable breakdown in the attorney client relationship that makes continued representation impossible.
2. Counsel believes the issues raised in Mr. Glenn's pro se petition as well as those to be added have merit. Counsel respectfully requests that the Court appoint counsel to protect Mr. Glenn's interests in this matter and to continue to advance his claims.
3. The Respondent, represented by Assistant Attorney General Elizabeth Woodcock, does not oppose this Motion.

WHEREFORE, for the above-stated reasons, Attorney Melone requests this Court allow her to withdraw as counsel and appoint new counsel for Mr. Glenn.

Respectfully submitted,

Dated: August 19, 2020               */s/* Robin D. Melone
                                     Robin D. Melone #16475
                                     Wadleigh, Starr and Peters, P.L.L.C.
                                     95 Market Street
                                     Manchester, NH 03101
                                     (603) 206-7287
                                     rmelone@wadleighlaw.com

**CERTIFICATION**

I, Robin D. Melone, hereby certify that on this 19th day of August 2020 a copy of the within Motion was e-filed to Elizabeth Woodcock of the Office of the Attorney General.

>  /s/ Robin D. Melone
>  Robin D. Melone