UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Charles Glenn

 v.                                                               16-CV-0006-SE

United States of America
NH Commissioner of Department of Corrections

## STATUS REPORT

     NOW COMES the petitioner, by and through Counsel, Donald A. Kennedy, Esq., and hereby notifies this Honorable Court regarding the status of the pending court matter:

     1.   Counsel was appointed to represent Mr. Glenn in the federal action. Defense counsel filed a status report on January 3, 2024. The court ordered the next status report due on May 3, 2024.

     2.   In the state action counsel was appointed on January 17, 2024. Counsel then filed a motion to withdraw as counsel which was granted on March 16, 2024. As of May 2, 2024, no lawyer has been appointed to represent Mr. Glenn in the state court.

     3.  Mr. Glenn has two pending criminal charges in U.S. District Court of New Hampshire docket #1:23-cr-00112-PB-AJ. The charges are 18 U.S.C. § 875(c) Transmitting a Threatening Interstate Communication and 18 U.S.C. § 876(c) Mailing a Threatening Communication. He was represented by counsel until counsel was allowed to withdraw on April 30, 2024. That trial date is scheduled for June 4, 2024.

Respectfully submitted,

LAW OFFICE OF DONALD A. KENNEDY

Dated: May 3, 2024             By: /s/ Donald A. Kennedy, Esq.
                                   Donald A. Kennedy, Esq. #1351
                                   908 Hanover Street, Unit 1
                                   Manchester, NH 03104
                                   603-668-8787

    I hereby certify that a copy of the foregoing Status Report was this day forwarded by mail to Charles Glenn and electronically to Elizabeth Woodcock, Esquire, Senior Assistant U.S. Attorney.

                                      /s/ Donald A. Kennedy, Esq.
                                      Donald A. Kennedy, Esq.